AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Un Boon Kim<br>*Plaintiff*<br>v.<br>Shellpoint Partners, LLC dba Shellpoint Mortgage Servicing<br>*Defendant* | Case No. 15-cv-0611 LAB BLM |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (erroneously sued as "Shellpoint Partners, LLC dba Shellpoint Mortgage Servicing")

Date: April 3, 2015

*Attorney's signature*

Cheryl S. Chang (SBN 237098)
*Printed name and bar number*

BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
*Address*

Chang@BlankRome.com
*E-mail address*

424.239.3400
*Telephone number*

424.239.3434
*FAX number*



# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On April 3, 2015, I served the foregoing documents described as: **APPEARANCE OF COUNSEL** on the parties in this action by serving:

Frank J. Polek, Esq.
POLEK LAW
701 B Street, Suite 1110
San Diego, CA 92101
Telephone: 619-550-2455; Facsimile: 619-274-8166
Email: frank@poleklaw.com

☒ **By Envelope** - by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as below and delivering such envelopes:

☒ **By Mail**: As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Federal Express**: I caused the envelope(s) to be delivered to the Federal Express office at 1925 Century Park East, 19th Fl., Los Angeles, California 90067, on April 3, 2015, for delivery on the next-business-day basis to the offices of the addressee(s).

☐ **By Facsimile Transmission**: On April 3, 2015, I caused the above-named document to be transmitted by facsimile transmission, from fax number 424-239-3434, to the offices of the addressee(s) at the facsimile number(s) so indicated below. The transmission was reported as complete and without error.

☐ **By E-Mail Electronic Transmission**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on April 3, 2015, at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Leigh-Anne Locke*
Leigh-Anne Locke

143262.00634/100084736v.1

PROOF OF SERVICE