BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Chang@BlankRome.com
Elizabeth B. Kim (SBN 252408)
EKim@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

BLANK ROME LLP
Laura E. Vendzules (*pro hac vice*)
LVendzules@BlankRome.com
One Logan Square 18th & Cherry Streets
Philadelphia, PA 19103
Telephone: 215.569.5500
Facsimile: 215.569.5555

Attorneys for Defendant
New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (erroneously sued as "Shellpoint Partners, LLC dba Shellpoint Mortgage Servicing")

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UN BOON KIM, on behalf of Herself, All Others Similarly Situated and the General Public;<br><br>Plaintiffs,<br><br>vs.<br><br>SHELLPOINT PARTNERS, LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Defendants. | Case No. 15-CV-0611 LAB BLM<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

143262.00634/100085086v.3

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16 (FRCP 7.1), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (erroneously sued as "Shellpoint Partners, LLC dba Shellpoint Mortgage Servicing") is a limited liability company;

2. There is no other corporation that holds 10% or more of its stock; and

3. There are no merger agreements between New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and any publicly held corporations.

DATED: May 1, 2015        BLANK ROME LLP

By: /s/ Cheryl S. Chang
Laura E. Vendzules
Cheryl S. Chang
Elizabeth B. Kim
Attorneys for Defendant
NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING (ERRONEOUSLY SUED AS "SHELLPOINT PARTNERS, LLC DBA SHELLPOINT MORTGAGE SERVICING")