1  BLANK ROME LLP
   Cheryl S. Chang (SBN 237098)
2  Chang@BlankRome.com
   Elizabeth B. Kim (SBN 252408)
3  Ekim@BlankRome.com
   2029 Century Park East, 6th Floor
4  Los Angeles, CA  90067
   Telephone:  424.239.3400
5  Facsimile:   424.239.3434

6  BLANK ROME LLP
   Laura E. Vendzules (*pro hac vice*)
7  LVendzules@BlankRome.com
   One Logan Square
8  18th & Cherry Streets
   Philadelphia, PA  19103
9  Telephone:  215.569.5500
   Facsimile:   215.569.5555
10

11 Attorneys for Defendant
   NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE
12 SERVICING (ERRONEOUSLY SUED AS "SHELLPOINT PARTNERS, LLC
   DBA SHELLPOINT MORTGAGE SERVICING")
13

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UN BOON KIM, on behalf of Herself, All Others Similarly Situated and the General Public; | Case No. 15-CV-00611-LAB-BLM |
| Plaintiffs, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT** |
| vs. | |
| SHELLPOINT PARTNERS, LLC dba SHELLPOINT MORTGAGE SERVICING, | [*Filed concurrently with Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of Olivia Miller*] |
| Defendants. | Date:  July 20, 2015<br>Time:  11:15 a.m.<br>Location: Courtroom 14A (14th Floor)<br>           Suite 1410<br>           333 West Broadway<br>           San Diego, CA 92101 |
| | **ORAL ARGUMENT REQUESTED** |

143262.00634/100495995v.2

**DEFENDANT'S NOTICE OF MOTION TO DISMISS OR STRIKE FIRST AMENDED COMPLAINT**

**TO THIS HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 20, 2015 at 11:15 a.m. or as soon thereafter as the matter may be heard in Courtroom 14A, 14th Floor, of the above-entitled Court, located at 333 West Broadway, San Diego, CA 92101, Defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing ("Defendant" or "Shellpoint"), erroneously sued as "Shellpoint Partners, LLC dba Shellpoint Mortgage Servicing," will and hereby does move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss the first amended complaint ("FAC") of Plaintiff Un Boon Kim ("Kim" or "Plaintiff") on the grounds that Kim fails to plead facts sufficient to state a claim upon which relief can be granted.  Plaintiff has failed to allege facts to demonstrate Article III standing or fulfill each element of her claims against Shellpoint for: (1) violation of Truth in Lending Act; (2) California Civil Code Section 2924.11; (3) Breach of Written Contract; (4) Violations of the California Business and Professions Code Section 17200; and (5) Declaratory Relief.

In the alternative, Shellpoint moves this Court, pursuant to Federal Rules of Civil Procedure 12(f), 23(c)(1) and 23(d)(1)(D), to strike the following portions of the FAC:

1) Paragraph 4, 2:18-22, on the ground that it is immaterial, impertinent and an improper basis for class certification: "The matter in controversy, exclusive of interest and costs, exceeds the sum or value of $5,000,000.00 and is a class action in which at least one member of the class of plaintiffs is a citizen of a State different from any defendant";

2) Paragraph 8, 3:3:11-14, on the ground that it is immaterial, impertinent and an improper basis for class certification: "California represents approximately25% of Shellpoint's servicing business, which totals nearly $11.35 billion in loans";

3) Paragraph 21, 6:7-9, on the ground that it is immaterial, impertinent and an improper basis for class certification: "On information and belief, Plaintiff alleges that Exhibit 3 and the subsequent mortgage statements discussed below are exemplars of those given by Shellpoint to the class";

4) Paragraphs 49-57, on the ground that they are immaterial, impertinent and an improper basis for class certification;

5) Paragraphs 86-87, and 89-90, on the ground that they are immaterial, impertinent and an improper basis for class certification; and

6) The Prayer for Relief, 22:9-12, Paragraphs 49-57, on the ground that they are immaterial, impertinent and an improper basis for class certification: "Certifying the class as requested herein; Awarding Plaintiff and the proposed class members damages; Awarding restitution to Plaintiff and the proposed class members."

This Motion is based upon this Motion and the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, all filed concurrently herewith, the pleadings and papers on file in this action, and upon such other oral argument and/or documentary matters as may be presented to this Court at or before the hearing on this Motion.

DATED:  June 8, 2015            BLANK ROME LLP

By: /s/ Cheryl S. Chang
    Laura E. Vendzules
    Cheryl S. Chang
    Elizabeth B. Kim
Attorneys for Defendant
NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING (ERRONEOUSLY SUED AS "SHELLPOINT PARTNERS, LLC DBA SHELLPOINT MORTGAGE SERVICING")